# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 16-03105-dd |
| Juliana Marie Lee | Chapter 13 |
| Debtor(s). | PLAN SUMMARY IN LIEU OF HEARING |

Plan filed: <u>7/06/2016</u>    Plan Payments $<u>375.00</u>/<u>60</u> months
Above ( X ) Below ( ) Median   Disposable Income $<u>3,770.65</u>
Primary reason for filing: <u>IRS Debt</u>
Modifications to the form plan?  Yes ( )  No ( X )
Primary Residence:  1st mortgage [] current [] arrears in plan [] balance in plan [] other
                    2nd mortgage[]current  [] arrears in plan [] balance in plan [] other

Other real estate and subordinate liens on primary residence (describe treatment and include any basis for valuation):
_____

Automobile:   1 [] balance in plan [] value in plan. Basis for value: _____
              2 [] balance in plan [] value in plan.  Basis for value: _____

Other Secured Debts and Treatment: (describe treatment and include any basis for valuation)
<u>APM Realty - lease to be assumed outside of plan</u>

Judicial Lien Avoidance: Amount of Judicial Lien: $ _____ Total of Other Liens: $_____
Exemption Claimed: $ _____Value of Property: $ _____Judicial Lien Avoided: $ _____

All allowed, unsecured priority claims are paid in full through the Plan. Yes ( X ) No ( )

Estimate dividend to general unsecured creditors: <u>8%</u>

| | |
|---|---|
| Date:   August 25, 2016 | /s/ Eric S. Reed |
| | Eric S. Reed |
| | Reed Law Firm, P.A. |
| | Attorney for Movant/Movant |
| | D.C. ID # 7242 |
| | 220 Stoneridge Drive, Ste 301 |
| | Columbia, SC 29210 |
| | (803)726-4888 |